IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Young Poong USA Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Young Poong Paper Manufacturing Company Limited,<br><br>Defendant. | No. CV-17-02434-PHX-DMF<br><br>**ORDER** |

Pending before the Court is Plaintiff Young Poong USA Corporation's motion for default judgment (Docs. 19, 28), motion for attorneys' fees (Doc. 20), and amended/supplemental motion for attorneys' fees (Doc. 29). The matter was referred to Magistrate Judge Deborah M. Fine for a Report and Recommendation. (Doc. 4.) On July 3, 2018, the Magistrate Judge filed a recommendation with this Court. (Doc. 32.) To date, no objections have been filed.

**I.  STANDARD OF REVIEW**

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting de novo review of the Magistrate Judge's factual findings and waives all objections to those

factual findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's legal conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Id.

**II.  DISCUSSION[1]**

Having reviewed the Report and Recommendation of the Magistrate Judge, and no objections having been made by any party thereto, the Court hereby accepts the Magistrate Judge's Report and Recommendation.

**III.  CONCLUSION**

Accordingly, for the reasons set forth,

**IT IS HEREBY ORDERED** accepting the Report and Recommendation of Magistrate Judge Deborah M. Fine. (Doc. 32.)

**IT IS FURTHER ORDERED** that Plaintiff's motion for default judgment (Docs. 19, 28) be granted, that judgment be awarded against Defendant on Count I, breach of contract (December 2015 Agreement) and Count II, breach of the implied covenant of good faith and fair dealing (December 2015 Agreement), and that judgment on Counts I and II be entered in the amount of $1,732,426.70 USD (2,000,000,000 KRW), together with statutory interest of $236,370.72 USD for the period between February 1, 2017 and June 14, 2018; and that judgment also be entered against Defendant on Count III, breach of contract (2010 Supply Agreement) and Count IV, breach of the implied covenant of good faith and fair dealing (2010 Supply Agreement), and that judgment on Counts III and IV be entered in the amount of $148,713.29 USD, together with statutory interest of $17,884.86 USD.

**IT IS FURTHER ORDERED** that Plaintiff be awarded prejudgment interest accruing at a daily rate of $474.64 USD for each day after June 14, 2018 until the date of judgment on the judgment awarded for Counts I and II; and that Plaintiff be awarded prejudgment interest accruing at a daily rate of $40.74 USD for each day after June 14, 2018 until the date of judgment on the judgment awarded for Counts III and IV.

---

[1] The factual and procedural history of this case is set forth in the Magistrate Judge's Report and Recommendation. (Doc. 32.)

**IT IS FURTHER ORDERED** that Plaintiff's motion for attorneys' fees (Doc. 20) and amended/supplemental motion for attorneys' fees (Doc. 29) each be granted and that judgment be entered against Defendant for reasonable attorneys' fees in the amount of $39,112.20 USD.

**IT IS FURTHER ORDERED** that judgment be entered for Plaintiff and against Defendant for costs incurred in this matter, totaling $513.88 USD.

**IT IS FURTHER ORDERED** that Plaintiff be awarded post-judgment interest pursuant to 28 U.S.C. § 1961.

**IT IS FURTHER ORDERED** that the Clerk of Court enter judgment in accordance with this Order and terminate this case.

Dated this 30th day of August, 2018.

Honorable Stephen M. McNamee
Senior United States District Judge